BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CERVANTES-FRUTOS

**IT IS SO ORDERED AS MODIFIED**
/s/ Edward J. Davila
Judge Edward J. Davila

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOEL CERVANTES-FRUTOS,<br><br>　　　　　Defendant. | No. CR-11-00353-EJD<br><br>**[PROPOSED] ORDER** CONTINUING HEARING TO NOVEMBER 21, 2011 at 1:30 p.m. |

Good cause appearing and by stipulation of the parties in the above-captioned matter, it is hereby ordered that the hearing on the hearing currently scheduled on October 3, 2011, shall be continued to November 21, 2011, at 1:30 p.m., and further ordered that the period of delay from October 3, 2011, through and including November 21, 2011, is excluded for purposes of Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

SO ORDERED.


Dated: __September 28__, 2011

　　　　　　　　　　　　　　　　__/s/ Edward J. Davila__
　　　　　　　　　　　　　　　　HONORABLE, EDWARD J. DAVILA,
　　　　　　　　　　　　　　　　United States District Judge

ORDER CONTINUING HEARING
No. CR-11-00353-EDJ　　　　　1